# RETURN OF SERVICE

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

Case No. 1:06CV00681 ( JR)

vs

MURPHY ENTERPRISES, INC.
    a/k/a Murphy Enterprises

**SERVICE OF PROCESS ON:** MURPHY ENTERPRISES, INC.
    a/k/a Murphy Enterprises

I, ERIC MCCORMICK, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service:    4/24/06
Place of Service:    **3217 John Lynde Rd., Des Moines, IA 50312**
Documents Served:    **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___ By personally delivering them into the hands of the person being served
___ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit: _____
_X_ By delivering to an officer or person-in-charge or managing agent whose name and title is:
    DENNIS "DENNY" MURPHY / OFFICER OF COMPANY, AUTHORIZED TO ACCEPT SERVICE
___ Other _____

Description of Person Receiving Documents: Male/Female  Skin Color WHITE
    Hair Color GREY  Age 60S  Hgt 6-1  Wgt 245

Undersigned declares under penalty of perjury that the foregoing is true and correct

Signature of Server    Date 4/24/06

Sanford G. Rosenthal., Esquire
Jennings Sigmond, PC
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106  215-922-6700