IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND<br><br>　　　　　　　Plaintiff,<br>v.<br><br>MURPHY ENTERPRISES, INC.<br>　a/k/a Murphy Enterprises<br><br>　　　　　　　Defendant | )<br>)<br>)<br>) CIVIL ACTION NO. 06-681 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

REQUEST TO CLERK TO ENTER DEFAULT
PURSUANT TO FED. R. CIV. PRO. 55(a)

You will please enter a default on Defendant, Murphy Enterprises, Inc. a/k/a Murphy Enterprises for failure to plead or otherwise defend in accordance with the Federal Rules of Civil Procedure and as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　JENNINGS SIGMOND, P.C.

　　　　　　　　　　　　　BY:/s/ Sanford G. Rosenthal
　　　　　　　　　　　　　　　SANFORD G. ROSENTHAL, ESQUIRE
　　　　　　　　　　　　　　　(I.D. NO. 478737)
　　　　　　　　　　　　　　　The Penn Mutual Towers, 16th Floor
　　　　　　　　　　　　　　　510 Walnut Street, Independence Square
　　　　　　　　　　　　　　　Philadelphia, PA 19106-3683
　　　　　　　　　　　　　　　(215) 351-0611
Date: June 9, 2006　　　　　　Attorney for Plaintiff

168912-1