## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

> Murphy Enterprises, Inc.
> a/k/a Murphy Enterprises
> 3217 John Lynde Road
> Des Moines, IA  50312

Date: June 9, 2006              BY: /s/ Sanford G. Rosenthal
                                    SANFORD G. ROSENTHAL, ESQUIRE

168912-1