IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>    Plaintiff,<br><br>v.<br><br>MURPHY ENTERPRISES, INC.<br> a/k/a Murphy Enterprises<br><br>    Defendant | ) <br>) <br>) <br>) CIVIL ACTION NO. 06-681 (JR)<br>) <br>) <br>) <br>) <br>) <br>) |

### STIPULATION FOR ENTRY OF CONSENT ORDER AND JUDGMENT

It is stipulated and agreed by the undersigned that the attached proposed Amended Consent Order and Judgment may be entered without further notice or hearing.

INTERNATIONAL PAINTERS
AND ALLIED TRADES INDUSTRY
PENSION FUND

JENNINGS SIGMOND, P.C.

By: /s/ Sanford G. Rosenthal
  Sanford G. Rosenthal
  Bar No. 478737
  The Penn Mutual Towers, 16th Floor
  510 Walnut Street
  Independence Square
  Philadelphia, PA 19106-3683
  Telephone: (215) 351-0611
  Facsimile: (215)922-3524
  E-mail: jtortella@jslex.com
  Attorneys for Plaintiff

Date: June 15, 2006

MURPHY ENTERPRISES, INC.
A/K/A MURPHY ENTERPRISES.

By: [signature]
  Dennis Murphy, President, On Behalf of
  Murphy Enterprises, Inc.
  a/k/a Murphy Enterprises
  3217 John Lynde Road
  Des Moines, IA 50312

Attorneys for Defendant

Date: 6-22-06

155521-2