IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND<br><br>             Plaintiff,<br>v.<br><br>MURPHY ENTERPRISES, INC.<br>   a/k/a Murphy Enterprises<br><br>             Defendant | )<br>)<br>)<br>) CIVIL ACTION NO. 06-681 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT ORDER AND JUDGMENT

Upon consideration of the Joint Stipulation for Entry of a Consent Order and Judgment, it is ORDERED.

1. Judgment is entered in favor of the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") and against M.P. Industrial Coatings, Inc. a/k/a MP Industrial Coatings, Inc. ("Company" or "Defendant"), for unpaid contributions, liquidated damages, interest, late fees and attorneys' fees and costs pursuant to 29 U.S.C. §§1132(g)(2), 1145 and 26 U.S.C. §6621 in the amount of $13,174.44 ("Judgment Amount") which includes:

| | | |
|---|---|---|
| (a) | Contributions | $ 8,881.02 |
| (b) | Liquidated Damages | $ 1,776.21 |
| (c) | Interest | $ 475.13 |
| (d) | Attorneys' Fees and Costs | $ 2,042.04 |

Interest shall accrue on the Judgment Amount at the rate of 7% per annum compounded daily from July 1, 2006 to the date of payment.

166617-1

2. Defendant shall pay to the Pension Fund the principal sum of $13,174.44 ("Total Debt") plus interest amortized at 7% per annum compounded daily on the unpaid balance of the principal sum by submitting twelve (12) successive monthly payments of $1,133.58 each commencing July 1, 2006 with the final payment due on June 1, 2007. All payments shall be amortized in accordance with the schedule attached to this Consent Order and Judgment ("Order") as Exhibit 1.

3. Defendant, its owners, officers, agents, servants, attorneys, and all persons acting on their behalf or in conjunction with them shall be and hereby are restrained and enjoined from failing or refusing to file complete, proper and timely remittance reports with all required contributions due and owing to the Pension Fund for all periods for which Company is obligated to do so in accordance with the current and any future collective bargaining agreements to which Company is a party to with any local union(s) affiliated with the International Painters and Allied Trades Industry.

4. The Pension Fund is entitled to reimbursement from Company of all attorneys' fees and costs it incurs to enforce this Consent Order and Judgment and may apply to this Court or to the Court in which enforcement is sought for further reasonable attorneys' fees and costs. See, 29 U.S.C. §1132(g)(2) and Free v. Briody, 793 F2d. 807 (7th Cir. 1986).

6. The Clerk of the Court may immediately certify this Consent Order and Judgment for transfer upon the request of Plaintiff and payment of any required fee.

BY THE COURT

Dated:_____

_____
James Robertson            J.
United States District Judge

169102-1

Copies shall be sent to:

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

Murphy Enterprises, Inc.
a/k/a Murphy Enterprises
3217 John Lynde Road
Des Moines, IA  50312

169102-1