

FILED

AUG 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED )
TRADES INDUSTRY PENSION FUND )
    Plaintiff, )
)  Civil Action No.:   1:06-0681 (JR)
Vs. )
)
MURPHY ENTERPRISES, INC. )
a/k/a Murphy Enterprises )
    Defendant. )

## FINAL JUDGMENT

For the reasons set forth in the consent order filed June 23, 2006, it is this 15th day of August, 2006,

**ORDERED AND ADJUDGED** that final judgment is entered in favor of the International Painters and Allied Trades Industry Pension Fund and against M.P. Industrial Coatings, Incorporated a/k/a MP Industrial Coatings, Incorporated for unpaid contributions, liquidated damages, interest, late fees and attorneys' fees and costs pursuant of 29 U.S.C. Sections 1132(g)(2), 1145 and 26 U.S.C. Section 6621 in the amount of $13,174.40 ("Judgment Amount") which includes:

| | | |
|---|---|---|
| a. | Contributions | $8,881.02 |
| b. | Liquidated Damages | $1,776.21 |
| c. | Interest | $ 475.13 |
| d. | Attorneys' Fees and Costs | $2,042.04 |

Interest shall accrue on the Judgment Amount at the rate of 7% per annum compounded daily from July 1, 2006 to the date of payment. This action is hereby dismissed.

                                    Nancy Mayer-Whittington, Clerk

                                    Alphaeus L. Richburg
                                    Deputy Clerk